IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP GRANDISON,
     Petitioner,

vs.                          Case No.: 3:05cv225/RV/EMT

ESCAMBIA COUNTY CIRCUIT COURT, et al.,
     Respondents.

_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 18, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

     Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.  Petitioner's motions for mandamus (Docs. 8, 13) are **DENIED**.

     **DONE AND ORDERED** this 22nd day of September, 2005.

                 /s/ *Roger Vinson*
                 **ROGER VINSON**
                 **UNITED STATES SENIOR JUDGE**