IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP GRANDISON,
    Petitioner,

vs.                                    Case No.: 3:05cv225/RV/EMT

JAMES R. McDONOUGH,[1]
    Respondent.
_____/

**REPORT AND RECOMMENDATION**

        This cause is before the court upon referral from the clerk.  Petitioner commenced this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1).  On December 20, 2005, this court entered an order (Doc. 42) giving Petitioner twenty (20) days in which to provide two copies of the petition for service upon Respondent and the Florida Attorney General.  Petitioner failed to comply with the order,[2] therefore, on January 30, 2006, the court issued an order requiring Petitioner to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 48).  The time for compliance with the show cause order has now elapsed with no response from Petitioner.

        Accordingly, it is respectfully **RECOMMENDED**:

        1.    The clerk of court is directed to change the docket to reflect that James R. McDonough is substituted for James Crosby as Respondent.

---

[1] James R. McDonough succeeded James Crosby as Secretary for the Department of Corrections, and is automatically substituted as Respondent.  Fed.R.Civ.P. 25(d)(1).

[2] Within the twenty-day deadline Petitioner filed a motion to proceed in forma pauperis, which the court denied as moot since leave to proceed in forma pauperis had previously been granted (*see* Docs. 44, 45, 5).  Petitioner did not provide service copies of the petition or request an extension of time to do so.

2.     That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this  23rd  day of February 2006.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**