IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP GRANDISON,
    Petitioner,

vs.                                        Case No.:  3:05cv225/RV/EMT

JAMES V. CROSBY, JR.,
    Respondent.
_____/

## O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 30, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

       Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.  Petitioner's "Motion for Intervention and Judgment," "Motion Cease and Desist [sic]," and  "Motion to Comply" (Docs. 29, 32, 33), construed as motions for preliminary injunctive relief, are **DENIED**.

       **DONE AND ORDERED** this 1st day of March, 2006.

                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**